UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Derrick Riddle,

        Petitioner,

vs.                                                                              ORDER

Bruce Reiser, Warden,

        Respondent.                       Civ. No. 10-3128 (SRN/LIB)

* * * * * * * * * * * * * * * * * *

     Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

     **IT IS HEREBY ORDERED** that: Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Docket No. 1] be **DENIED** and this action be **DISMISSED WITH PREJUDICE.**

DATED: August 29, 2011                                     s/ Susan Richard Nelson
                                                                           SUSAN RICHARD NELSON
                                                                                United States District Court Judge